CAVANAGH, J. I join the statement of Chief Justice KELLY.

PEOPLE V McCAW, No. 135281. By order of July 23, 2008, the application for leave to appeal the October 4, 2007, judgment of the Court of Appeals was held in abeyance pending the decision in *People v Watkins* (Docket No. 135787). On order of the Court, leave to appeal having been denied in *Watkins*, 482 Mich 1114 (2008), the application is again considered, and it is denied, because we are not persuaded that the questions presented should be reviewed by this Court. Court of Appeals No. 270197.

KELLY, C.J. I would grant leave to appeal for the reasons set forth in my dissenting statement in *People v Xiong*, 483 Mich 951 (2009).

CAVANAGH, J. I join the statement of Chief Justice KELLY.

PEOPLE V THOMAS HAWKINS, No. 135976. By order of June 23, 2008, the application for leave to appeal the January 15, 2008, judgment of the Court of Appeals was held in abeyance pending the decision in *People v Watkins* (Docket No. 135787). On order of the Court, leave to appeal having been denied in *Watkins*, 482 Mich 1114 (2008), the application is again considered, and it is denied, because we are not persuaded that the questions presented should be reviewed by this Court. Court of Appeals No. 273409.

KELLY, C.J. I would grant leave to appeal for the reasons set forth in my dissenting statement in *People v Xiong*, 483 Mich 951 (2009).

CAVANAGH, J. I join the statement of Chief Justice KELLY.

PEOPLE V EDING, No. 137024; Court of Appeals No. 285582.

KELLY, C.J. (*dissenting*). I would vacate defendant's sentence and remand the case to the trial court for resentencing because offense variable (OV) 10 of the sentencing guidelines was misscored. Nothing in the record shows that defendant engaged in preoffense conduct aimed at victimizing another person, as MCL 777.40(3)(a) requires to support the score that the trial court gave for OV 10. Because the prosecutor appears to have conceded the scoring error, defendant is entitled to resentencing. *People v Francisco*, 474 Mich 82 (2006).